**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 25-24015-CIV-LETT**

**ELIASIB REYES**,

Plaintiff,

v.

**U.S. SMALL BUSINESS ADMINISTRATION**,

Defendant.
_______________________________________/

**ORDER REGARDING JURISDICTION**

Pursuant to Administrative Order 2025-11 ("Administrative Order"),[1] the undersigned United States Magistrate Judge has been assigned as the presiding judge for all purposes in this case, including entering a dispositive order, presiding over any trial, and entering a final judgment.

The Administrative Order permits any party to "opt out [of the Magistrate Judge's jurisdiction] by filing a motion for case reassignment within the deadline given to the parties by the assigned Magistrate Judge." AO at 1. Any party is free to opt out of the Magistrate Judge's jurisdiction without any adverse consequences. *See* S.D. Fla. Mag. J. R. 3(b)(2) ("No Magistrate Judge, District Judge, or other Court official may attempt to persuade or induce any party to consent to the reference of any matter to a Magistrate Judge."). If any party does opt out of the Magistrate Judge's jurisdiction by filing the opt-out form indicating a request for case

[1] Attached as Exhibit 1.

reassignment, a United States District Judge will be assigned to preside over this case, including any trial, and enter any dispositive order and final judgment. An appeal from that final judgment is taken to the United States Court of Appeals for the Eleventh Circuit. The undersigned Magistrate Judge will remain on the case and will enter any orders and/or report and recommendations on any matters referred by the District Judge.

Consent streamlines the legal process because the legal standard of review is identical at all levels in the judicial review process. In accordance with Title 28, United States Code, Section 636(c) and Federal Rule of Civil Procedure 73, the parties may waive their right to proceed before a District Judge and voluntarily consent to have a Magistrate Judge conduct any or all proceedings in this case and to order the entry of a final judgment. If the parties consent to have the case handled by a Magistrate Judge, the undersigned will enter all orders, preside over any trial, and render a final decision and judgment in due course. An appeal from the final judgment is taken to the United States Court of Appeals for the Eleventh Circuit.

Therefore, it is hereby **ORDERED** that **within fourteen (14) days** from the date of this Order Regarding Jurisdiction, the parties who have appeared shall complete and file with the Clerk of the Court on the docket of the case the attached consent/opt out form (absent extensions requested on motion and for good cause).[2] If a party seeks to consent to the exercise of Magistrate Judge jurisdiction going forward in the action, the consent form should reflect that the party has expressly consented.

[2] Attached as Exhibit 2.

Alternatively, if the party seeks to opt-out of consent jurisdiction, the same form should be signed and returned to the Clerk of the Court but should reflect the request for case reassignment. A request for case reassignment does not need to be supported by a memorandum of law and does not require a Local Rule 7.1 conferral certification.

IT IS FURTHER **ORDERED** that any party appearing after the entry of this Order Regarding Jurisdiction, **within fourteen (14) days** from the date of that party's appearance, the party shall complete and file with the Clerk of the Court on the docket of the case the attached consent/opt out form (absent extensions requested on motion and for good cause).[3]

IT IS FURTHER **ORDERED** that Plaintiff shall immediately serve a copy of this Order Regarding Jurisdiction on Defendant.

Failure to comply with this Order will be deemed as a waiver of the opportunity to timely opt-out of and amount to implied consent to the continued exercise of Magistrate Judge jurisdiction. In that event, this case shall proceed in full before the undersigned Magistrate Judge for all purposes including any trial, entry of any dispositive order, and, if appropriate, a final judgment. In other words, a party's continued filing of documents in the case without complying with this Order Regarding Jurisdiction may be deemed as consent by that party to the jurisdiction of the undersigned Magistrate Judge over all aspects of the litigation, including any trial and the entry of a dispositive order and final judgment. *See Roell v. Withrow*, 538 U.S. 580, 591 (2003) (a party's consent to the Magistrate Judge's jurisdiction

[3] Attached as Exhibit 2.

under § 636(c) is supplied by a "general appearance[] before the Magistrate Judge, after [the party] ha[s] been told of [the party's] right to be tried by a district judge").

**DONE and ORDERED** in Chambers in Miami, Florida on this 24th day of August, 2026.

Enjoliqué A Lett

ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

cc: *Pro Se* Plaintiff Eliasib Reyes
All Counsel of Record

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**ADMINISTRATIVE ORDER 2025-11**

FILED BY NC D.C.
Mar 3, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**IN RE: RANDOM ASSIGNMENT OF NON-PRISONER *PRO SE* CASES TO UNITED STATES MAGISTRATE JUDGES**
______________________________________/

Pursuant to the authority conferred by 28 U.S.C. section 137, and to improve the efficiency and timely resolution of non-prisoner *pro se* cases, it is

**ORDERED** that all newly filed non-prisoner *pro se* cases will be randomly assigned to Magistrate Judges (without paired District Judges) by Division. Any party who objects to the assignment of a Magistrate Judge as the presider may opt out by filing a motion for case reassignment within the deadline given to the parties by the assigned Magistrate Judge. Upon receipt of an order granting the motion for reassignment, the Clerk will randomly reassign the case to a District Judge following the Court's standard civil case assignment procedures, keeping the original Magistrate Judge assigned to the case. It is further

**ORDERED** that the Clerk of Court shall begin randomly assigning all new non-prisoner *pro se* cases in this manner on March 5, 2025, and until further order of the Court.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of March, 2025.

Cecilia M. Altonaga
______________________________
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

c: All Southern District of Florida District Judges, Bankruptcy Judges and Magistrate Judges
Angela E. Noble, Court Administrator • Clerk of Court
Library

# EXHIBIT 2

Adapted from AO 85

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ______________________ *Plaintiff* | ) | |
| *v.* | ) | |
| ______________________ *Defendant* | ) | Civil Action No. |

**CONSENT/NON-CONSENT TO A CIVIL ACTION TO A MAGISTRATE JUDGE**

(CHECK ONLY ONE OPTION BELOW)

_______I consent to have my case assigned to Magistrate Judge Enjoliqué Lett, to conduct all proceedings in the case including trial, the entry of final judgment, and all post-trial proceedings, but preserving all rights to appeal to the Eleventh Circuit Court of Appeals.

_______I decline consent and exercise my right to opt-out of magistrate judge jurisdiction and seek reassignment of the action to a District Judge as presiding Judge.

| *Printed names of party and attorney* | *Signatures of party or attorney* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |